# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA ANTHONY, | ) | CASE NO. 1:17CV2152 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL | ) | **ORDER** |
| *Acting Comm'r of Soc. Sec.*, | ) | |
| | ) | |
| Defendant. | ) | |

## CHRISTOPHER A. BOYKO, J:

On October 11, 2017, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g). (ECF #1). The Court referred this matter to Magistrate Judge David A. Ruiz pursuant to Local Rule 72.2. On January 23, 2019, the Magistrate Judge recommended vacating the Commissioner's final decision and remanding for further consideration consistent with the Magistrate Judge's Recommendation. (ECF #18). On February 4, 2019, Defendant filed a Response to the Report and Recommendation stating that she will not be objecting. (ECF #19).

Therefore, Magistrate Judge Ruiz's Report and Recommendation is **ADOPTED**, the Commissioner's final decision is **VACATED** and the case is **REMANDED**, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

-1-

**IT IS SO ORDERED.**

                                        s/ Christopher A. Boyko
                                        **CHRISTOPHER A. BOYKO**
                                        **United States District Judge**

**Dated: February 11, 2019**